

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00092-CV

---

CORKER CUSTOM HOMES, LLC, CORKER DEVELOPMENT, LLC, AND ARTHUR
CORKER, III, Appellants

V.

ELIZABETH DANNER AND AARON DANNER, Appellees

---

On Appeal from the 425th Judicial District Court
Williamson County, Texas
Trial Court No. 16-0539-C425

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.


Ralph K. Burgess
Justice

Date Submitted:     November 19, 2018
Date Decided:     November 20, 2018